**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**JOSEPH KNIPE**                                                                                                    **PLAINTIFF**
Reg #31713-047

v.                                      Case No: 2:23-cv-00132-LPR

**C. GARRETT,**
*Warden, FCI – Forrest City*                                                                              **DEFENDANT**

**ORDER**

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge J. Thomas Ray (Doc. 12) and the Petitioner's Objections (Doc. 17). After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 1) is DENIED, and this case is DISMISSED with prejudice. Petitioner is clearly not entitled to the relief requested. Indeed, this is so clear that no hearing is warranted.

IT IS SO ORDERED this 29th day of April 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE